Richard L. Miller II (*pro hac vice*)
*rmiller@siprut.com*
Todd L. McLawhorn (*pro hac vice*)
*tmclawhorn@siprut.com*
Ke Liu
*kliu@siprut.com* (*pro hac vice*)
**SIPRUT PC**
17 N. State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.878.1342

Gene J. Stonebarger (SBN 209461)
*gstonebarger@stonebargerlaw.com*
Richard D. Lambert (SBN 251148)
*rlambert@stonebargerlaw.com*
**STONEBARGER LAW, APC**
75 Iron Point Circle
Suite 145
Folsom, California 95630
Phone: 916.235.7140
Fax: 916.235.7141

*Attorneys for Plaintiff John F. Shonkwiler*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. SHONKWILER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation,<br><br>Defendant. | CASE NO. 3:17-cv-05278<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John F. Shonkwiler ("Plaintiff") and Defendant Kaiser Foundation Health Plan, Inc. ("Defendant"), by their respective undersigned attorneys, hereby stipulate and agree that Plaintiff's individual claims against Defendant are dismissed *without prejudice,* and Plaintiff's claims asserted on behalf of the proposed class against Defendant are dismissed *without prejudice.* Accordingly, the parties agree that all claims in this lawsuit are dismissed *without prejudice,* with the parties to bear their own costs and attorneys' fees.[1]

IT IS SO STIPULATED.

Dated:   November 22, 2017

Respectfully submitted,

By: */s/ Richard L. Miller II*
   Richard L. Miller II (*pro hac vice*)
   *rmiller@siprut.com*
   Todd L. McLawhorn (*pro hac vice*)
   *tmclawhorn@siprut.com*
   Ke Liu (*pro hac vice*)
   *kliu@siprut.com*
   **SIPRUT PC**
   17 North State Street
   Suite 1600
   Chicago, Illinois 60602
   Phone: 312.236.0000
   Fax: 312.878.1342

   Gene J. Stonebarger (SBN209461)
   *gstonebarger@stonebargerlaw.com*
   Richard D. Lambert (SBN 251148)
   *rlambert@stonebargerlaw.com*
   **STONEBARGER LAW, APC**
   75 Iron Point Circle
   Suite 145
   Folsom, California 95630
   Phone: 916.235.7140
   Fax: 916.235.7141

   *Attorneys for Plaintiff John F. Shonkwiler*

By: */s/ Shannon Z. Petersen*
   Shannon Z. Petersen (SBN 211426)
   *spetersen@sheppardmullin.com*
   Lisa S. Yun (SBN 280812)
   *lyun@sheppardmullin.com*
   **SHEPPARD, MULLIN,**
   **RICHTER & HAMPTON LLP**
   12275 El Camino Real
   Suite 200
   San Diego, California 92130
   Phone: 858.720.8900
   Fax: 858.509.3691

   Moe Keshavarzi (SBN 223759)
   *mkeshavarzi@sheppardmullin.com*
   **SHEPPARD, MULLIN,**
   **RICHTER & HAMPTON LLP**
   333 South Hope Street
   43rd Floor
   Los Angeles, California 90071
   Phone: 213.620.1780
   Fax: 213.620.1398

   *Attorneys for Defendant Kaiser Foundation Health Plan, Inc.*

---

[1] Pursuant to N.D. Cal. L.R. 5-1(h)(i)(3), by his signature below, Plaintiff's counsel Richard L. Miller II attests that Shannon Z. Petersen concurs in the filing of this document.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Stipulation Of Voluntary Dismissal Without Prejudice** was filed this 22nd day of November 2017 via the electronic filing system of the Northern District of California, which will automatically serve all counsel of record.

/s/ Richard L. Miller II